Approved.
Case closed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., | § § § § | Case No. 3:22-cv-01748-JZ |
| Plaintiffs, | § § | |
| v. | § § | |
| WILLIAM EVERLY III, | § § § | |
| Defendant. | § | |

### NOTICE OF SETTLEMENT & DISMISSAL

Plaintiffs DISH Network L.L.C. and Sling TV L.L.C. hereby provide notice that the parties have executed a confidential settlement agreement that fully resolves the pending action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss all claims with prejudice against Defendant William Everly III. The parties' confidential settlement and this dismissal terminates the action in its entirety.

Dated: February 7, 2023.

Respectfully submitted,

/s/ Timothy M. Frank
Timothy M. Frank (*pro hac vice*)
HAGAN NOLL & BOYLE, LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Tel: (713) 343-0478
Fax: (713) 758-0146
timothy.frank@hnbllc.com

Nathaniel R. Sinn (0088467)
Porter Wright Morris & Arthur LLP
950 Main Ave., Suite 500
Cleveland, Ohio 44113
Phone: (773) 410-7763
Fax: (216) 443-9011
NSinn@porterwright.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

  It is hereby certified that the foregoing was served through the Court's ECF system on February 7, 2023, which will send notification to all counsel of record.

            /s/ Timothy M. Frank
            *Counsel for Plaintiffs*